■ In the Matter of 1200 TENANT CORP., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.— Order unanimously reversed, on the facts, with costs to the appellants, and the assessments in the amount of $1,500,000 for the year 1955–56 and in the amount of $1,530,000 for the year 1956–57 are reinstated. The total assessment values are justified by the record. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ HOWARD M. LOWELL, an Infant by HENRY LOWELL, His Guardian ad Litem, et al., Respondents, v. CLARKSON ARMS, INC., Appellant.— Judgment unanimously reversed on the ground of excessiveness and new trial granted, with costs to abide the event unless plaintiffs stipulate to accept judgment as follows: $12,500 for the infant plaintiff and $2,500 for the plaintiff parent, in which event the judgment is affirmed as modified, without costs. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ROBERT P. SHAW, Appellant, v. SUSAN PRESTIGIACOMO et al., Respondents.— Order [denying cross motion] unanimously affirmed, with $20 costs and disbursements to the respondents. Order granting defendants' motion for judgment on the pleadings and dismissing the complaint modified, in the exercise of discretion, to grant leave to plaintiff to serve an amended complaint and the order is otherwise affirmed, without costs to any party. The complaint was properly dismissed. Inconclusive from the pleadings served or the briefs submitted in the case is whether plaintiff claims to be a statutory tenant or a monthly tenant. Assuming that plaintiff's version of the later events which resulted in the termination of the tenancy is true, the right of action against the defendants will depend upon whether the tenancy was of one kind or the other. Plaintiff is entitled in his amended pleading to make his position clear but he must do so by alleging ultimate facts rather than mere conclusions. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH ACEVEDO, Appellant.— Judgment, insofar as it convicts defendant of the violation of section 1897 of the Penal Law, is unanimously reversed on the facts and on the law, the second count in the information dismissed, and the judgment otherwise affirmed. The proof did not establish beyond a reasonable doubt that defendant was in the possession of a dangerous weapon. Since the sentence was suspended with reference to both counts of the information, the conviction and sentence need not otherwise be disturbed. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ. [See 6 A D 2d 1007.]

■ NANCY LORD, INC. v. MISS REALTY CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NATIONAL CANCER HOSPITAL OF AMERICA et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ LONNY H. BLUMENSTEIN-JACOBSON, v. LUDWIG WOLF et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ FIRST BANK AND TRUST COMPANY OF SOUTH BEND, v. FRANCIS SMALL et al.— Motion for reargument denied and that branch of the motion seeking leave to appeal to the Court of Appeals is dismissed, as not timely made, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.